UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ZORAIDA RIOS-ANDINO, <br> NEY RIVERA GARCIA, <br> JASMINE GUADALUPE, <br> ROSARIO MARTINEZ, <br><br> Plaintiffs, <br><br> v. <br><br> ORANGE COUNTY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 6:12-cv-1188-Orl-22KRS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT ORANGE COUNTY'S RESPONSE IN OPPOSITION TO MOTIONS FOR *PRO HAC VICE***

Pursuant to Local Rules 3.01(c)-(d), counsel for Plaintiffs respectfully move this Court for leave to file a reply to Defendant Orange County's ("Defendant") Response in Opposition to Plaintiffs' Motions to Appear *Pro Hac Vice* ("Opposition").

On August 13, 2013, Defendant filed its Opposition to the Motions for *Pro Hac Vice* filed by Jenny Shen and Brett Ladine, counsel for Plaintiffs. Dkt. 39. Because Local Rule 3.01 provides that "[n]o party shall file any reply . . .unless the Court grants leave," L.R. 3.01(c), counsel for Plaintiffs now seek such leave of the Court. Prior to filing this motion, counsel for Plaintiffs conferred with counsel for Defendants, in accord with Local Rule 3.01(g), who indicated that she opposed this motion. Plaintiffs' proposed reply is only four pages in length. L.R. 3.01(d).

1

This Court has broad discretion to grant motions for leave pursuant to Local Rule 3.01. See, e.g., Ottaviano v. Nautilus Ins. Co., 8:08-CV-2204T33TGW, 2009 WL 425976, at *1-*2 (M.D. Fla. Feb. 19, 2009) (granting motion for leave to file brief reply); United States v. Florida Cities Water Co., 93-281-CIV-FTM-21-D, 1997 WL 373746, at *7 (M.D. Fla. Feb. 3, 1997) (same). There is good cause to permit Plaintiffs to file their brief reply because Defendant raised issues in its Opposition that Plaintiffs have had no opportunity to address. As an initial matter, any failure by Plaintiffs' counsel to comply with the Federal Rules of Civil Procedure or the Local Rules of this Court was inadvertent, rather than the product of bad faith. Further, Defendant has not shown—nor has it even alleged—that it has suffered prejudice due to Plaintiffs' untimely filing of the *pro hac vice* motions now at issue. Finally, when Plaintiffs' counsel realized their error, they immediately contacted counsel for Defendant, who did not indicate that she objected to the untimely nature of the motions. See Dkt. 37 and 38, Exhibit A.

Based on the foregoing, Plaintiffs respectfully request that the Court grant their motion for leave to reply to Defendant's Opposition.

Dated: August 14, 2013

Respectfully submitted,

s/ Richard C. Lorenzo_____
Richard C. Lorenzo, Esq.
Florida Bar Number: 071412
Attorney for Plaintiffs
Hogan Lovells US LLP
200 S. Biscayne Blvd., Suite 400
Miami, Florida 33131
Tel.: (305) 459-6652
Fax: (305) 459-6550
Email: richard.lorenzo@hoganlovells.com

Maree Sneed (*Pro hac vice*)
Hogan Lovells US LLP
555 13th Street, NW
Washington, DC 20004
Tel: 202-637-6416
Fax: 202-637-5910
Email: maree.sneed@hoganlovells.com

Renee Erickson (*Pro hac vice*)
Hogan Lovells US LLP
555 13th Street, NW
Washington, DC 20004
Tel: 202-637-5864
Fax: 202-637-5910
Email: renee.erickson@hoganlovells.com

Juan Cartagena (*Pro hac vice*)
Nancy Trasande (*Pro hac vice*)
LatinoJustice PRLDEF
99 Hudson St. - 14th Floor
New York, NY 10013
Tel: 212-219-3360
Fax: 212-431-4276
Email: jcartagena@latinojustice.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of August, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will deliver copies to the following parties via notices of electronic filing:

> Linda S. Brehmer Lanosa
> Assistant County Attorney
> Florida Bar No. 901296
> ORANGE COUNTY ATTORNEY'S OFFICE
> 201 S. Rosalind Avenue, 3rd Floor
> Orlando, Florida 32801

_____*s/ Richard Lorenzo*_____
Richard C. Lorenzo
Hogan Lovells US LLP
