20008 8th Ave NW
Shoreline, WA 98177
phone: 909-489-2955
fax: 206-685-2146

**PROF. MATT A. BARRETO**
**POLITICAL SCIENCE**
**DEMOGRAPHICS**
**STATISTICS**

Billing Date: **January 17, 2012**

Invoice # 12-0117

Bill To: Latino Justice PRLDEF
99 Hudson Street, 14th Floor
New York, NY 10013-2815
212-219-3360

Attention: Diana Sen
Senior Counsel

**Project Name:** Orange County Florida
**Project Dates** 10/17/11 - 01/17/12

| Description | Total |
|---|---|
| **1. Racial Bloc Voting Analysis** | |
| Downloaded data for elections featuring Latino candidates in Orange County for local and state level elections, including candidates for County Commission and School Board, from 2000 - 2010. Merged election data with ethnicity demographic data at the precinct level for percent Latino among voters. Conducted racially polarized voting analysis using ecological regression and ecological inference, and provided summary of findings via conference call | |
| Matt Barreto - Principal Investigator | $ 6,000.00 |
| Sergio Garcia - Research Assistant | $ 750.00 |
| Loren Collingwood - Research Assistant | $ 750.00 |

**TOTAL** $ 7,500.00

**Please issue three separate checks:**
**Matt A. Barreto (in the amount of $6000)**
**20008 8th Ave NW**
**Shoreline, WA 98177**

**Sergio Garcia (in the amount of $750)**
**Dept. of Political Science**
**UW Box 353530**
**Seattle, WA 98195**

**Loren Collingwood (in the amount of $750)**
**Dept. of Political Science**
**UW Box 353530**
**Seattle, WA 98195**

Barretto
Exhibit 10

Barreto Compensation - 000003

**PROF. MATT A. BARRETO**
**POLITICAL SCIENCE**
**DEMOGRAPHICS**
**STATISTICS**

20008 8th Ave NW
Shoreline, WA 98177
phone: 909-489-2955
fax: 206-685-2146

---

Billing Date: **March 21, 2013**

Invoice # 13-0321

Bill To: Renee L. Erickson
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004

Attention: Renee L. Erickson
Associate

**Project Name:** Orange County, Florida Redistricting
**Project Dates** 2/1/2012 to 3/1/2013

| Description | Total |
| --- | --- |
| 1. Expert report on racially polarized voting and vote dilution - 180 combined hours | $37,500 |
| Analyzed data for elections featuring Latino and non-Latino candidates in Orange County for local, county, school and state level elections. Started with comprehensive review of elections to find relevant data to analyze, and then downloaded data from Orange County elections website. Election data was merged with demographic data at the precinct level for percent Latino. Conducted racially polarized voting analysis using six different statistical techniques: pairwise correlation, homogenous precinct analysis, ecological regression, scatterplots, ecological inference, and density plots, and wrote detailed report of my findings. Conducted analysis of vote dilution by examining census data on population, voting age population, and registered voter population by race and ethnicity, by Commissioner district, to assess whether or not new districts provided less opportunity for Latinos to elect a candidate of choice. Also participated in numerous conference calls to discuss and explain results. | |

**TOTAL** $37,500

**Please issue two checks:**

| | |
| --- | --- |
| **Matt A. Barreto** | **Sergio I. Garcia** |
| **In the Amount of $32,500** | **In the Amount of $5,000** |
| ( 130 hours @ $250 per ) | ( 50 hours @ $100 per ) |
| 20008 8th Ave NW | University of Washington Box 353530 |
| Shoreline, WA 98177 | Seattle, WA 98195 |