Archived: Tuesday, April 23, 2013 6:12:39 PM
From: Matt Barreto
Sent: Tuesday, January 17, 2012 12:07:44 AM
To: Diana Sen
Subject: Re: update on Orange Co
Importance: Normal
Attachments: Barreto_invoice.pdf   ;

Hi Diana,

I'm also attaching my invoice for this portion of the work. Please let me know if you have any questions.

Saludos,
MB

# Redacted

# Redacted

# Redacted

Barreto Correspondence - 000025

# Redacted

Barreto Correspondence - 000026

20008 8th Ave NW
Shoreline, WA 98177
phone: 909-489-2955
fax: 206-685-2146

PROF. MATT A. BARRETO
POLITICAL SCIENCE
DEMOGRAPHICS
STATISTICS

Billing Date: **January 17, 2012**

Invoice # 12-0117

Bill To: Latino Justice PRLDEF
99 Hudson Street, 14th Floor
New York, NY 10013-2815
212-219-3360

Attention: Diana Sen
Senior Counsel

**Project Name:** Orange County Florida
**Project Dates** 10/17/11 - 01/17/12

| Description | Total |
|---|---|
| 1. Racial Bloc Voting Analysis | |
| Downloaded data for elections featuring Latino candidates in Orange County for local and state level elections, including candidates for County Commission and School Board, from 2000 - 2010. Merged election data with ethnicity demographic data at the precinct level for percent Latino among voters. Conducted racially polarized voting analysis using ecological regression and ecological inference, and provided summary of findings via conference call | |
| Matt Barreto - Principal Investigator | $ 6,000.00 |
| Sergio Garcia - Research Assistant | $ 750.00 |
| Loren Collingwood - Research Assistant | $ 750.00 |

TOTAL $ 7,500.00

Please issue three separate checks:
**Matt A. Barreto (in the amount of $6000)**
20008 8th Ave NW
Shoreline, WA 98177

**Sergio Garcia (in the amount of $750)**
Dept. of Political Science
UW Box 353530
Seattle, WA 98195

**Loren Collingwood (in the amount of $750)**
Dept. of Political Science
UW Box 353530
Seattle, WA 98195