**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ZORAIDA RIOS-ANDINO, NEY RIVERA GARCIA, JASMINE GUADALUPE, ROSARIO MARTINEZ,**

            **Plaintiffs,**

**-vs-**     Case No. 6:12-cv-1188-Orl-22KRS

**ORANGE COUNTY COMMISSION,**

            **Defendant.**
_____/

**ORDER**
**(And Direction to Clerk of Court)**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** UNOPPOSED MOTION BY HOGAN LOVELLS US LLP FOR LEAVE TO SUBSTITUTE LOCAL COUNSEL AND TO WITHDRAW AS COUNSEL FOR PLAINTIFFS (Doc. No. 72)
>
> **FILED:** December 2, 2013
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Attorneys Richard Lorenzo, Maree Sneed, Renee Erickson, James Clayton, Kathryn Marshall, Jenny Shen, and Bret Ladine withdraw and Attorney Octavio Gustavo Padron appears as counsel of record for Plaintiffs. In addition, Attorney Padron is substituted for Attorney Lorenzo as local counsel for Plaintiffs. Finally, Attorney Nancy Trasande is designated as lead counsel for Plaintiffs.

Incoming counsel shall review the docket in this case and abide by all orders and deadlines therein.  Substitution of counsel shall not be cited or relied upon as a basis to seek an enlargement of any deadlines in this case.

**The Clerk of Court is directed to designate Attorney Trasande as a "Lead Attorney" in CM/ECF.**

**DONE** and **ORDERED** in Orlando, Florida on December 3, 2013.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE