UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ZORAIDA RIOS-ANDINO,
NEY RIVERA GARCIA,
ROSARIO MARTINEZ,

Case #6:12-CV-1188-ORL-22-KRS

Plaintiffs,

v.

ORANGE COUNTY, FLORIDA,

Defendant.
______________________________________/

**DEFENDANT, ORANGE COUNTY'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY**

Defendant, Orange County, Florida, as supplemental authority, gives notice of filing *Garcia v.2011 Legislative Reapportionment Com'n*, __ Fed. Appx. __, Circuit Court Case No. 13-2319, 2014 WL 998535 (3d Cir. 2014) (holding that voters, who lived in districts that did not vote for state senators in 2012, lacked standing to pursue vote dilution claim).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of March 2014, I presented the foregoing to the Clerk of the Court for filing and uploading via the CM/ECF system of the United States District Court, Middle District of Florida.

I HEREBY CERTIFY that on this 31st day of March 2014, a true and correct copy of the foregoing notice of filing without attachments was transmitted **by Email** to:

**Octavio Gustavo Padron, Esq.**
517 W. Colonial Dr.
Orlando, FL 32804
Gpadron@suarezcti.com;

svazquez@suarezcti.com;

**Juan Cartagena. Esq.**
**Nancy Trasande, Esq.**
LatinoJustice PRLDEF
99 Hudson St., 14th Floor
New York, NY 10013
jcartagena@latinojustice.org;
ntrasande@latinojustice.org

***/s/ Linda S Brehmer Lanosa***
Linda S. Brehmer Lanosa
Assistant County Attorney
Florida Bar No. 901296
Orange County Attorney's Office
201 S. Rosalind Avenue, 3rd Floor
Orlando, Florida 32801
Telephone:(407) 836-7320
Facsimile: (407) 836-5888
Linda.BrehmerLanosa@ocfl.net